IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OMAR EWIDEH and NIVERTITI GEAITH, | : | CIVIL ACTION |
| *Plaintiffs* | : | |
| v. | : | |
| | : | |
| HOMESITE INSURANCE CO. OF THE MIDWEST *et al.*, | : | |
| *Defendants* | : | No. 23-2590 |

## ORDER

AND NOW, this 23rd day of January, 2024, upon consideration of the defendants' Motion for Enforcement of Civility (Doc. No. 23), the hearing held on January 10, 2024, and for the reasons set forth in the accompanying memorandum, it is **ORDERED** that the Motion (Doc. No. 23) is **GRANTED**. Mr. Ewideh and Ms. Geaith must comport with the Court's General Pretrial and Trial Procedures or risk dismissal of their case as a sanction for their refusal to respect the Court and its requirements.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE