IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OMAR EWIDEH and NIVERTITI GEAITH, | : | CIVIL ACTION |
| *Plaintiffs* | : | |
| v. | : | |
| HOMESITE INSURANCE CO. OF THE MIDWEST *et al.*, | : | |
| *Defendants* | : | No. 23-2590 |

## ORDER

**AND NOW**, this 6th day of February, 2024, upon consideration of the defendants' Motions to Dismiss or Transfer Venue pursuant to 28 U.S.C. § 1404(a) in the Alternative (Doc. Nos. 12, 15, 19, 22, 25), and for the reasons set forth in the accompanying memorandum, it is **ORDERED** that the Motions (Doc. Nos. 12, 15, 19, 22, 25) are **GRANTED IN PART**. The Clerk of Court is directed to **TRANSFER** the case to the United States District Court for the Middle District of Pennsylvania.

BY THE COURT:

/s/ Gene E.K. Pratter
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**